# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ANMOLJIT SINGH,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility, et al,

Respondents.

Case No.:  26-cv-2691-BJC-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART**

On April 27, 2026, Petitioner Anmoljit Singh, a citizen of India, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, along with a Motion for Temporary Restraining Order.  ECF Nos. 1, 2.  He asserts he entered the United States on June 22, 2013 without inspection, and he applied for asylum.  ECF No. 1 ¶ 13.  He further asserts he complied without all Department of Homeland Security's requirements, but he was detained on March 10, 2026, and was placed in removal proceedings.  *Id*. ¶ 14.  He remains detained at the Imperial Regional Adult Detention Facility.  *Id*. ¶ 15.  Petitioner argues Respondents violated his due process rights by denying him an opportunity to contest his detention.  *Id*. ¶ 44.  He further argues Respondents violated applicable immigration laws and the Administrative Procedures Act by subjecting him to mandatory detention.  ¶¶ 45-

57.  In the return, Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases," and they do not oppose an order directing a bond hearing under  § 1226(a).  ECF No. 4.

Accordingly, the Court GRANTS the petition for a writ of habeas corpus in part.  The government shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225.  The government is enjoined from transferring Petitioner before a bond hearing takes place.  Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees.  The petition is otherwise DENIED.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  May 22, 2026

_Bryan Cheeks_

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-2691-BJC-MMP