

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Anmoljit Singh

**Civil Action No.**  26-cv-2691-BJC-MMP

**Plaintiff,**

**V.**

See Attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus in part. The government shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on § 1225. The government is enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**        5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-2691-BJC-MMP

Jeremy Casey, Warden, Imperial Regional Detention Facility; Daniel A. Brightman, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement; Markwayne Mullin, Secretary of the U.S. Department of Homeland Security; Todd Blanche, Acting Attorney General of the United States, in their official capacities